UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA CASE NO.:
25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
_____/

**UNOPPOSED MOTION REQUESTING *EX PARTE* INQUIRY REGARDING COUNSEL**

Mr. Chad Clark ("Mr. Clark") would like to request new counsel and has asked undersigned counsel to request an *Ex Parte* hearing so he may explain to Your Honor his reasons for the request.

1. On May 12, 2025, Mr. Clark was arrested under a criminal complaint for controlled substance related offenses [D.E. 1].

2. On May 13, 2025, undersigned counsel was appointed to represent Mr. Clark; that same day he had his initial appearance [D.E. 2].

3. A detention hearing was held on May 21, 2025, wherein Mr. Clark was ordered detained [D.E. 24].

4. An indictment was returned on June 5, 2025 [D.E. 53], and he was arraigned on multiple controlled substance charges on June 9, 2025. [D.E. 66].

5. Trial is currently scheduled for October 16, 2025 [D.E. 94], and given certain deadlines in this case, it is requested that the hearing be set to address Mr. Clark's request for new counsel.

6. Given the nature of the hearing, it is further requested that the hearing be conducted *ex parte.*

7. Undersigned counsel has conferred with counsel for the United States, AUSA Cooley and AUSA

O'Neal, who have represented there is no objection to the relief sought herein.

**WHEREFORE** Mr. Clark requests that Your Honor schedule an *Ex Parte* video teleconference hearing regarding counsel so he may explain to Your Honor his reasons for requesting new counsel.

Respectfully submitted,

/s/ Dianne E. Caramès
Dianne E. Caramès
Fla. Bar No. 068419

Puglisi Carames
10 Canal Street
Suite 328
Miami Springs, FL 33166
Tel: (305) 403-8063
Fax: (305) 379-6668
Dianne@PuglisiCarames.com

CERTIFICATE OF SERVICE

I HEREBY certify that on August 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dianne E. Caramès