UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cr-60128-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.

_____/

**ODER ON UNOPPOSED MOTION REQUESTING *EX PARTE* INQUIRY REGARDING COUNSEL**

THIS CAUSE came before the Court on an Unopposed Motion Requesting *Ex Parte* Inquiry Regarding Counsel. After reviewing the motion and being otherwise advised, it is GRANTED.

An *ex parte* inquiry regarding counsel shall be held on _____, 2025.

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of August ____, 2025.

                                                 **Hon. William P. Dimitrouleas**

cc:    All interested parties.