UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
    _____/

**ORDER ON UNOPPOSED MOTION FOR CONTINUANCE OF THE SENTENCING HEARING**

THIS CAUSE came before the Court on an Unopposed Motion for Continuance of the Sentencing Hearing. After reviewing the motion and being otherwise advised, it is GRANTED, to wit:

_____

_____

_____

_____

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of ____, 2025.

_____
**William P. Dimitrouleas**
**US DISTRICT COURT JUDGE**

cc:   All interested parties.