UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
    _____/

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE OF THE SENTENCING HEARING

THIS CAUSE came before the Court on an Unopposed Motion for Continuance of the Sentencing Hearing. After reviewing the motion and being otherwise advised, it is GRANTED, to wit:

_____

_____

_____

_____

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of ____, 2026.

_____
**William P. Dimitrouleas**
**US DISTRICT COURT JUDGE**

cc:    All interested parties.