UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA CASE NO.:
25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
    _____/

### MOTION TO WITHDRAW AS COUNSEL AND CONTINUE SENTENCING HEARING

1. Undersigned counsel was appointed on May 13, 2025, pursuant to the provisions of the Criminal Justice Act, to represent Mr. Clark in this case.

2. Since accepting that appointment, undersigned counsel has diligently represented Mr. Clark.

3. Undersigned counsel fought Mr. Clark's detention at a hearing [D.E. 24]; reviewed discovery with her client; and attended two reverse proffers, one with the client.

4. Undersigned continued to diligently represent Mr. Clark after Mr. Clark's concerns were addressed on August 18, 2025. *See* [DE 117, 118].

5. On September 19, 2025, a Change of Plea Hearing was held. [D.E. 126], and Mr. Clark's sentencing was scheduled for December 9th, 2025.

6. Undersigned counsel was successful in obtaining an expert to assist her in presenting mitigation at sentencing.

7. A request for continuation of the sentencing hearing was granted, resetting the date to January 12, 2026, to allow more time for counsel to investigate Mr. Clark's alleged criminal history and prepare mitigation for sentencing. [D.E. 153, 154].

8. Pending the aforementioned investigation, undersigned counsel filed preliminary objections to Mr. Clark's Presentence Investigation Report [D.E. 158].

9. On January 6, 2026, another continuance was granted to allow additional time for the expert to complete her evaluation of Mr. Clark, and provide an opinion; the sentencing is now set for January 28th, 2026. [D.E. 174].

10. Undersigned counsel has attempted to confer with Mr. Clark regarding sentencing and sentencing mitigation, but has been unable to.

11. Undersigned has also attempted to review pertinent sentencing documents with Mr. Clark, such as the final addendum to the Presentence Investigation Report and sentencing memorandum and exhibits, but has been unable to.

12. Despite aforementioned efforts, undersigned counsel has not been able to communicate with Mr. Clark regarding essential sentencing issues.

13. Irreconcilable differences have arisen between client and undersigned counsel, which prevent undersigned counsel from effectively representing Mr. Clark at sentencing.

14. As a result, thereof, undersigned counsel respectfully moves to withdraw in this matter and for new counsel to be appointed.

15. Undersigned counsel also requests that the sentencing hearing currently scheduled for January 28th, 2026, be reset, to allow for effective representation.

16. This Motion is made at the behest of Mr. Clark; undersigned counsel has mailed a copy of this motion to her client.

17. Undersigned counsel has contacted Assistant United States Attorney Joseph Cooley, who defers to the Court's Order.

Respectfully submitted,

/s/ Dianne E. Caramès
Dianne E. Caramès
Fla. Bar No. 068419

>Puglisi Carames
>10 Canal Street
>Suite 328
>Miami Springs, FL 33166
>Tel: (305) 403-8063
>Fax: (305) 379-6668
>Dianne@PuglisiCarames.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dianne E. Caramès