UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
_____/

### ORDER ON MOTION TO WITHDRAW AS COUNSEL AND CONTINUE SENTENCING

THIS CAUSE came before the Court on an Motion to Withdraw as Counsel and Continue Sentencing Hearing. After reviewing the motion and being otherwise advised, it is GRANTED, to wit:

_____

_____

_____

_____

DONE AND ORDERED in Miami-Dade, Florida this _____ day of ____, 2026.

_____
**WILLIAM P. DIMITROULEAS**
**U.S. DISTRICT COURT JUDGE**

cc:    All interested parties.