UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO. 25-60128-CR-DIMITROULEAS

    Plaintiff,

vs.

CHAD ANTHONY CLARK,

    Defendant.

_____/

## O R D E R

THIS CAUSE is before the Court on Defendant Clark's Motion to Withdraw as Counsel and Continue Sentencing Hearing [DE-181], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling until the time of the sentencing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2026.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record