UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 25-cr-60128-WPD

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CHAD ANTHONY CLARK,
    Defendant.
_____/

**UNOPPOSED MOTION FOR CONTINUANCE OF THE SENTENCING HEARING**

COMES NOW the Defendant, Chad Anthony Clark, and files this Motion for Continuance of the Sentencing Hearing, and in support thereof, states:

1. On May 12, 2025, Mr. Clark was arrested in the above-referenced cause. [D.E. 1]

2. On June 5, 2025, a Grand Jury returned an Indictment charging him, and five (5) others as follows: count one (1) Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, in violation of 21 U.S.C. § 846; count eight (8), ten (10) and eleven (11) Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).[1] [D.E. 53]

3. On September 19, 2025, Mr. Clark entered a plea of guilty as to count one (1) of the Indictment. [D.E. 126]

4. On November 5, 2025, the draft disclosure of Mr. Clark's Presentence Investigation Report (PSR) was filed; it calculated Mr. Clark's total offense level to be a 31 and his criminal history category to be a six (6), as a career offender pursuant to § 4B1.1(b), yielding a sentencing guideline range of 188-235 months. [D.E. 149]

---

[1] Mr. Clark is not charged in counts two (2) through seven (7), nine (9), or twelve (12) and thirteen (13).

5. Undersigned counsel was successful in obtaining an expert, Shari Schwartz, Ph.D., to assist her in presenting mitigation at sentencing.

6. Mr. Clark's Sentencing Hearing is currently scheduled for March 9, 2026 at 1:15 PM. [D.E. 184].

7. Mr. Clarks' previously scheduled Sentencing Hearing was reset to allow additional time for Dr. Schwartz to complete her evaluation of Mr. Clark, and provide an opinion in aid of sentencing. [D.E. 181].

8. Additionally, the previously scheduled Sentencing Hearing was reset to allow undersigned counsel additional time to confer with Mr. Clark regarding sentencing and sentencing mitigation. *Id.*

9. Since the continuation of that Sentencing Hearing, Mr. Clark, who is in custody, has been transferred to a new jail facility which has caused a delay in Dr. Schwartz completing her evaluation.

10. A new application to enter the current institution must be submitted and approved in order for Dr. Schwartz to meet with Mr. Clark at his current place of incarceration.

11. Further, undersigned counsel is still awaiting the receipt of school records which have been requested.

12. Lastly, undersigned counsel would like additional time to present a Motion for Downward Variance, based on the aforementioned records and evaluation.

13. A continuance would not prejudice Mr. Clark, as he is facing a significant amount of time.

14. This Motion is not made for the purposes of delay and will not cause prejudice or undue burden.

15. Undersigned counsel has conferred with counsel for the United States, who has no objection to a continuation of the sentencing hearing to accommodate undersigned counsel's request.

16. It is respectfully requested that Mr. Clark's Sentencing hearing be continued for, at least 30 days.

Accordingly, the parties respectfully request a continuation of the memorandum deadline and sentencing hearing.

Respectfully submitted,

/s/ *Dianne E. Carames*
Dianne E. Carames
Fla. Bar No. 68419
Puglisi Carames
1900 N. Bayshore Dr., Ste. 1A
Miami, FL 33132
Tel: (305) 607-8078
Email: dianne@puglisicarames.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, Southern District of Florida.

/s/ *Dianne E. Carames*
Dianne E. Carames