# State of Florida Vs. Clark, Chad Anthony

**Broward County Case Number:** 18010002CF10A
**State Reporting Number:** 062018CF010002A88810
**Court Type:** Felony
**Case Type:** 1st Degree Felony
**Filing Date:** 08/17/2018
**Case Status:** Closed
**Court Location:** Central Courthouse
**Judge ID / Name:** Rothschild - FG, Michael I`
**Magistrate Id / Name:** N/A
**BCCN:** 0868494

## ― Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | Attorneys / Address<br>⭐ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Clark, Chad Anthony**<br><br>*Alias Name*<br> **Clark, Chad**<br> **Clark, Chad A**<br><br>**Gender:** Male<br>**Race:** Black<br>**Complexion:** Dark<br>**Height:** 6'1"<br>**Weight:** 160<br>**Eye:** Brown<br>**Hair:** Black<br>**DOB:** 11/25/1997<br>**Birth City:** Hollywood<br>**Birth State:** FL | 912 NW 9Th Ave #8<br>Hallandale Beach, FL 33009 | ⭐ *Cohen, Kristie*<br>*Bar ID: 58399*<br>*100 SE 6th ST*<br>*Fort Lauderdale, FL 33301*<br>***Status: Removed 06/12/2024***<br><br>*Hansen, Kristen Elizabeth*<br>*Public Defender*<br>*Bar ID: 1002426*<br>*300 SE 2nd Street*<br>*Suite 600*<br>*Fort Lauderdale, FL 33301*<br>***Status: Removed 03/11/2021***<br><br>*Richman, Krista*<br>*Bar ID: 90894*<br>*550 S Andrews Ave, Fl 2*<br>*Fort lauderdale, FL 33301*<br>***Status: Removed 11/14/2018*** |
| State | **State of Florida** | | |

## ― Charge(s)

Total: 7

| Offense Date | Charge | Degree | Detail |
|---|---|---|---|
| 08/16/2018 | 1 | (F1) | **Traffick Methampheta 14g><28g**<br>Date Filed: 08/16/2018<br>Current Statute: (F1)893.135(1)(f)1a<br>Filing Type: SAO Information<br>Filing Agency: Hallandale PD<br>Original Statute: (F1)893.135(1)(f)1a-Traffick Methampheta 14g><28g |
| 08/16/2018 | 2 | (F1) | **Traff In Substituted Cathinones**<br>Date Filed: 08/16/2018<br>Current Statute: (F1)893.135(1)(k)2a<br>Filing Type: SAO Information- Change of Charge<br>Filing Agency: Hallandale PD<br>Original Statute: (F1)893.135(1)(k)2a-Traff In Substituted Cathinones |
| 08/16/2018 | 3 | (F2) | **Poss Wep Conv Felon**<br>Date Filed: 08/16/2018<br>Current Statute: (F2)790.23(1)(a)<br>Filing Type: SAO Information<br>Filing Agency: Hallandale PD<br>Original Statute: (F2)790.23(1)(a)-Poss Wep Conv Felon |
| 08/16/2018 | 4 | (F3) | **Pos Cannabis W/Intent Sel/Del**<br>Date Filed: 08/16/2018<br>Current Statute: (F3)893.13(1)(a)2<br>Filing Type: SAO Information<br>Filing Agency: Hallandale PD<br>Original Statute: (F3)893.13(1)(a)2-Pos Cannabis W/Intent Sel/Del |
| 08/16/2018 | 5 | (F3) | **Deliver Cannabis**<br>Date Filed: 08/16/2018<br>Current Statute: (F3)893.03(1)(c)7<br>Filing Type: SAO Information<br>Filing Agency: Hallandale PD<br>Original Statute: (F3)893.03(1)(c)7-Deliver Cannabis |
| 08/16/2018 | 6 | (M1) | **Possess Drug Paraphernalia**<br>Date Filed: 08/16/2018<br>Current Statute: (M1)893.147(1)<br>Filing Type: SAO Information<br>Filing Agency: Hallandale PD<br>Original Statute: (M1)893.147(1)-Possess Drug Paraphernalia |
| 08/16/2018 | 7 | (F3) | **Poss Alprazolam W/int Sell/Del**<br>Date Filed: 08/16/2018<br>Current Statute: (F3)893.03(4)(a)<br>Filing Type: No Information<br>Filing Agency: Hallandale PD<br>Original Statute: (F3)893.03(4)(a)-Poss Alprazolam W/int Sell/Del |

## − Warrant(s)

Total: 1

| Issue Date | Charge(s) | Detail | Status |
|---|---|---|---|
| 09/14/2018 | 2 | **Warrant# 18010002CF10A1 (InActive)**<br>Type: Capias - Change of Charge<br>Bond Amount: $7500.00<br>Bond Type: Set By Judge<br>Date Served: 09/24/2018<br>Hold Without Bail Bond: No | 09/24/2018  Capias Served<br>09/14/2018  Active |

## − Bond(s)

Total: 0

**There is no Bond information available for this case.**

## − Arrest(s)

Total: 12

| Arrest Date | Charge | Arrest Number | Detail |
|---|---|---|---|
| 02/18/2021 | 1 | BS21000363 | **Rearrest**<br>Offense: Traffick Methampheta 14g><28g<br>Degree: (F1)<br>Bond Amount: $<br>Statute: 893.135(1)(f)1a<br>OBTS Number: 0607285247<br>Rearrest Reason: 5012 Warrant Violation of Probation |
| 02/18/2021 | 2 | BS21000363 | **Rearrest**<br>Offense: Traff In Substituted Cathinones<br>Degree: (F1)<br>Bond Amount: $<br>Statute: 893.135(1)(k)2a<br>OBTS Number: 0607285247<br>Rearrest Reason: 5012 Warrant Violation of Probation |
| 02/18/2021 | 3 | BS21000363 | **Rearrest**<br>Offense: Poss Wep Conv Felon<br>Degree: (F2)<br>Bond Amount: $<br>Statute: 790.23(1)(a)<br>OBTS Number: 0607285247<br>Rearrest Reason: 5012 Warrant Violation of Probation |

| Arrest Date | Charge | Arrest Number | Detail |
|---|---|---|---|
| 02/18/2021 | 4 | BS21000363 | **Rearrest**<br>Offense: Pos Cannabis W/Intent Sel/Del<br>Degree: (F3)<br>Bond Amount: $<br>Statute: 893.13(1)(a)2<br>OBTS Number: 0607285247<br>Rearrest Reason: 5012 Warrant Violation of Probation |
| 02/18/2021 | 5 | BS21000363 | **Rearrest**<br>Offense: Deliver Cannabis<br>Degree: (F3)<br>Bond Amount: $<br>Statute: 893.03(1)(c)7<br>OBTS Number: 0607285247<br>Rearrest Reason: 5012 Warrant Violation of Probation |
| 08/16/2018 | 1 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Traffick Methampheta 14g><28g<br>Degree: (F1)<br>Bond Amount: $<br>Statute: 893.135(1)(f)1a<br>OBTS Number: 0608257521 |
| 08/16/2018 | 2 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Traffick Amphetamine 28g><200g<br>Degree: (F1)<br>Bond Amount: $<br>Statute: 893.135(1)(f)1b<br>OBTS Number: 0608257521 |
| 08/16/2018 | 3 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Poss Wep Conv Felon<br>Degree: (F2)<br>Bond Amount: $<br>Statute: 790.23(1)(a)<br>OBTS Number: 0608257521 |
| 08/16/2018 | 4 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Pos Cannabis W/Intent Sel/Del<br>Degree: (F3)<br>Bond Amount: $<br>Statute: 893.13(1)(a)2<br>OBTS Number: 0608257521 |

| Arrest Date | Charge | Arrest Number | Detail |
|---|---|---|---|
| 08/16/2018 | 5 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Deliver Cannabis<br>Degree: (F3)<br>Bond Amount: $<br>Statute: 893.03(1)(c)7<br>OBTS Number: 0608257521 |
| 08/16/2018 | 6 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Possess Drug Paraphernalia<br>Degree: (M1)<br>Bond Amount: $<br>Statute: 893.147(1)<br>OBTS Number: 0608257521 |
| 08/16/2018 | 7 | HD18000462 | **Arrest**<br>Name At Arrest: Clark, Chad Anthony<br>Offense: Poss Alprazolam W/int Sell/Del<br>Degree: (F3)<br>Bond Amount: $<br>Statute: 893.03(4)(a)<br>OBTS Number: 0608257521 |

**—  Disposition(s)**

Total: 7

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 1 | **Plea(s)**<br>**11/14/2018     Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018     Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**05/10/2024     Amended Disposition** (Reason: Probation Revoked,)<br>Adjudicated<br>**11/14/2018     Disposition**<br>*Adjudication Withheld*<br><br>**Sentence(s)**<br>**05/10/2024     Amended (1) Time Served** (Judicial Officer(s): Rothschild, Michael Ian)<br>Provisions: Provisions ( Probation Revoked) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(051024 PAY BALANCE OF PREVIOUSLY IMPOSED COSTS)<br>Comment (Total amount imposed $883.80 )<br>Sentence Status (Concurrent, Any active sentence being served, Case#: 18-10002CF10A, Counts: 2-5)<br>Charge Reopen Status (05/10/2024, Closed, 1 )<br>Confinement (Effective 05/10/2024, Min. Not Applicable, Max. 1268 Day(s), Florida State Prison, Credit Time Served: 1268 Day(s), Comment: OTHER MANDATORY MINIMUM WAIVED )<br>Driver's License Suspended ( Criminal Revocation, Term: 1 Year(s) )<br>Comment (051024 PROBATION REVOKED )<br><br>**11/14/2018     (2) Probation / Community Control** (Judicial Officer(s): Bailey, Dennis D)<br>*Provisions: Provisions ( Court Costs Not a Condition of Probation, Waive COS) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(May travel tri-county 5 years to pay court costs)*<br>*Comment (Total amount imposed $783.80 )*<br>*Community Control ( 2 Year(s), Start Date: 11/14/2018, End Date: 11/14/2020 )*<br>*State Probation ( 4 Year(s), Start Date: 11/15/2020, End Date: 11/15/2024 )*<br>*Sentence Status (Concurrent)*<br>*Charge Reopen Status (02/18/2021, Violation of Probation Being Served, 1 )* |

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 2 | **Plea(s)**<br>**11/14/2018 Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018 Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**05/10/2024 Amended Disposition** (Reason: Probation Revoked,)<br>Adjudicated<br>**11/14/2018 Disposition**<br>*Adjudication Withheld*<br><br>**Sentence(s)**<br>**05/10/2024 Amended (1) Time Served** (Judicial Officer(s): Rothschild, Michael Ian)<br>Provisions: Provisions ( Probation Revoked) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(051024PAY BALANCE OF PREVIOUSLY IMPOSED COSTS)<br>Comment (Total amount imposed $142 )<br>Sentence Status (Concurrent, Any active sentence being served, Case#: 18010002cf10a, Counts: 1,3-5)<br>Charge Reopen Status (05/10/2024, Closed, 2 )<br>Confinement (Effective 05/10/2024, Min. Not Applicable, Max. 1268 Day(s), Florida State Prison, Credit Time Served: 1268 Day(s), Comment: OTHER MANDATORY MINIMUM WAIVED )<br>Comment (051024 PROBATION REVOKED )<br><br>**11/14/2018 (2) Probation / Community Control** (Judicial Officer(s): Bailey, Dennis D)<br>*Provisions: Provisions ( Court Costs Not a Condition of Probation) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(5 years to pay court costs May travel tri-county)*<br>*Comment (Total amount imposed $142 )*<br>*Community Control ( 2 Year(s), Start Date: 11/14/2018, End Date: 11/14/2020 )*<br>*State Probation ( 4 Year(s), Start Date: 11/15/2020, End Date: 11/15/2024 )*<br>*Sentence Status (Concurrent, Case#: 18010002cf10a, Counts: 1)*<br>*Charge Reopen Status (02/18/2021, Violation of Probation Being Served, 2 )* |

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 3 | **Plea(s)**<br>**11/14/2018    Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018    Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**05/10/2024    Amended Disposition** (Reason: Probation Revoked,)<br>Adjudicated<br>**11/14/2018    Disposition**<br>*Adjudication Withheld*<br><br>**Sentence(s)**<br>**05/10/2024    Amended (1) Time Served** (Judicial Officer(s): Rothschild, Michael Ian)<br>Provisions: Provisions ( Probation Revoked) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(051024 PAY BALANCE OF PREVIOUSLY IMPOSED COSTS )<br>Comment (Total amount imposed $142 )<br>Sentence Status (Concurrent, Any active sentence being served, Case#: 18010002cf10a, Counts: 1,2,4,5)<br>Charge Reopen Status (05/10/2024, Closed, 3 )<br>Confinement (Effective 05/10/2024, Min. Not Applicable, Max. 1268 Day(s), Florida State Prison, Credit Time Served: 1268 Day(s), Comment: OTHER MANDATORY MINIMUM WAIVED )<br>Comment (051024 PROBATION REVOKED )<br><br>**11/14/2018    (2) Probation / Community Control** (Judicial Officer(s): Bailey, Dennis D)<br>*Provisions: Provisions ( Court Costs Not a Condition of Probation) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(May travel tri-county 5 years to pay court costs)*<br>*Comment (Total amount imposed $142 )*<br>*Community Control ( 2 Year(s), Start Date: 11/14/2018, End Date: 11/14/2020 )*<br>*State Probation ( 4 Year(s), Start Date: 11/15/2020, End Date: 11/15/2024 )*<br>*Sentence Status (Concurrent, Case#: 18010002cf10a, Counts: 2)*<br>*Charge Reopen Status (02/18/2021, Violation of Probation Being Served, 3 )* |

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 4 | **Plea(s)**<br>**11/14/2018**   **Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018**   **Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**05/10/2024**   **Amended Disposition** (Reason: Probation Revoked,)<br>Adjudicated<br>**11/14/2018**   **Disposition**<br>*Adjudication Withheld*<br><br>**Sentence(s)**<br>**05/10/2024**   **Amended (1) Time Served** (Judicial Officer(s): Rothschild, Michael Ian)<br>Provisions: Provisions ( Probation Revoked) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(051024 PAY BALANCE OF PREVIOUSLY IMPOSED COSTS)<br>Comment (Total amount imposed $142 )<br>Sentence Status (Concurrent, Any active sentence being served, Case#: 18010002cf10a, Counts: 1-3,5)<br>Charge Reopen Status (05/10/2024, Closed, 4 )<br>Comment (051024 PROBATION REVOKED )<br><br>**11/14/2018**   **(2) Probation / Community Control** (Judicial Officer(s): Bailey, Dennis D)<br>*Provisions: Provisions ( Court Costs Not a Condition of Probation) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender)*<br>*Comment(5 years to pay court costs May travel tri county)*<br>*Comment (Total amount imposed $142 )*<br>*Community Control ( 2 Year(s), Start Date: 11/14/2018, End Date: 11/14/2020 )*<br>*State Probation ( 3 Year(s), Start Date: 11/15/2020, End Date: 11/15/2023 )*<br>*Sentence Status (Concurrent, Case#: 18010002cf10a, Counts: 3)*<br>*Charge Reopen Status (02/18/2021, Violation of Probation Being Served, 4 )* |

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 5 | **Plea(s)**<br>**11/14/2018 Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018 Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**05/10/2024 Amended Disposition** (Reason: Probation Revoked,)<br>Adjudicated<br>**11/14/2018 Disposition**<br>*Adjudication Withheld*<br><br>**Sentence(s)**<br>**05/10/2024 Amended (1) Time Served** (Judicial Officer(s): Rothschild, Michael Ian)<br>Provisions: Provisions ( Probation Revoked) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(051024 PAY BALANCE OF PREVIOUSLY IMPOSED COSTS)<br>Comment (Total amount imposed $142 )<br>Sentence Status (Concurrent, Any active sentence being served, Case#: 18010002cf10a, Counts: 1-4)<br>Charge Reopen Status (05/10/2024, Closed, 5 )<br>Confinement (Effective 05/10/2024, Min. Not Applicable, Max. 1268 Day(s), Florida State Prison, Credit Time Served: 1268 Day(s), Comment: OTHER MANDATORY MINIMUM WAIVED )<br>Comment (051024 PROBATION REVOKED )<br><br>**11/14/2018 (2) Probation / Community Control** (Judicial Officer(s): Bailey, Dennis D)<br>*Provisions: Provisions ( Court Costs Not a Condition of Probation) Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender) Comment(5 years to pay court costs May travel tri county)*<br>*Comment (Total amount imposed $142 )*<br>*Community Control ( 2 Year(s), Start Date: 11/14/2018, End Date: 11/14/2020 )*<br>*State Probation ( 3 Year(s), Start Date: 11/15/2020, End Date: 11/15/2023 )*<br>*Sentence Status (Concurrent, Case#: 18010002cf10a, Counts: 4)*<br>*Charge Reopen Status (02/18/2021, Violation of Probation Being Served, 5 )* |

| Offense Date | Charge | Disposition(s) |
|---|---|---|
| 08/16/2018 | 6 | **Plea(s)**<br>**11/14/2018    Amended Plea** (Reason: Change of Plea,)<br>Change of Plea-Nolo Contendere<br>**09/21/2018    Plea**<br>*Arraignment Not Guilty-Jury*<br><br>**Disposition(s)**<br>**11/14/2018    Disposition**<br>Adjudication Withheld<br><br>**Sentence(s)**<br>**11/14/2018    (3) Fine and/or Costs** (Judicial Officer(s): Bailey, Dennis D)<br>Provisions: Special Provisions(Defendant Sentenced Under Sentencing Guidelines, Youthful Offender)<br>Comment (Total amount imposed $298 ) |
| 08/16/2018 | 7 | **Disposition(s)**<br>**09/14/2018    Disposition**<br>No Information |

## Case Financial Details

| Charge | Citation Number | Total Imposed Amount | Total Amount Paid | Current Amount Due | Last Payment Date | Last Payment Amount | Due Date |
|---|---|---|---|---|---|---|---|
| 001 | | $933.80 | $0.00 | $933.80 | - | - | - |
| 002 | | $142.00 | $0.00 | $142.00 | - | - | - |
| 003 | | $142.00 | $0.00 | $142.00 | - | - | - |
| 004 | | $142.00 | $0.00 | $142.00 | - | - | - |
| 005 | | $142.00 | $0.00 | $142.00 | - | - | - |
| 006 | | $298.00 | $0.00 | $298.00 | - | - | - |

## Event(s) & Document(s)

Total: 120

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 11/16/2025 | **Collection agency Perdue Brandon** | Added for agency : PB | |
| 05/06/2025 | **Returned Collection Mail** | | /2 |
| 02/25/2025 | **Felony Letter - 30 Days Past Due** | $1799.80 <br><br> Amount: $1,799.80 | |
| 06/11/2024 | **File DOC Financial Obligation Summary** | | /2 |
| 05/10/2024 | **Court Disposition** | | /3 |
| 05/10/2024 | **File Acknowledgement -Waiver Of Rights** | | /2 |
| 05/10/2024 | **Hrg Held / First-Final Violation Of Probation** | CR.P.RENJE/LAWS(D) - ADMIT | |
| 05/10/2024 | **File Email Receipt of Commitment Paperwork to Sheriff** | | /1 |
| 05/10/2024 | **File Email Receipt of Commitment Paperwork to Sheriff** | | /2 |
| 05/10/2024 | **File Commitment** | | /1 |
| 05/10/2024 | **File Email Receipt of Commitment Paperwork to Sheriff** | | /1 |
| 05/10/2024 | **File Order Of Sentence** | | /15 |
| 05/10/2024 | **File Sentencing Guidelines** | | /4 |
| 05/10/2024 | **File Restitution Order** | | /1 |
| 05/10/2024 | **File Victim Information Report** | | /1 |
| 05/10/2024 | **File And Record Judgment** | | /2 |
| 05/10/2024 | **Court Order Report Of Disposition** | | /2 |
| 04/11/2024 | **File Court's Notice Of Hearing** | | /1 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 04/04/2024 | **Hrg Held / Violation Of Probation -Status** | CR.J.MEICADO/LAWS(D) | |
| 04/04/2024 | **File Court's Notice Of Hearing** | | /1 |
| 02/08/2024 | **Court Date Notice Returned** | | /2 |
| 01/11/2024 | **Court Date Notice** | | /2 |
| 01/10/2024 | **File Defense Motion For Continuance** | | /2 |
| 01/10/2024 | **File Order Granting Def Motion For Continuance** | | /2 |
| 09/20/2023 | **Court Date Notice** | | /2 |
| 09/19/2023 | **File Defense Motion For Continuance** | | /2 |
| 09/19/2023 | **File Order Granting Def Motion For Continuance** | | /3 |
| 05/19/2023 | **File Court's Notice Of Hearing** | | /1 |
| 05/19/2023 | **Hrg Held / Violation Of Probation -Status** | CR: C. ADAMS // LAWS (D) | |
| 05/12/2023 | **Hearing Held** | CR.C.Adams//Laws(D) | |
| 05/12/2023 | **File Court's Notice Of Hearing** | | /1 |
| 05/01/2023 | **Court Date Notice Returned** | | /2 |
| 04/26/2023 | **File Notice Of Hearing** | | /1 |
| 04/19/2023 | **File Defense Motion To Set Bond** | | /1 |
| 04/15/2023 | **Court Date Notice** | | /2 |
| 12/15/2022 | **Hrg Held / Violation Of Probation -Status** | CR.I.Corral//Laws(D) | |
| 12/15/2022 | **File Court's Notice Of Hearing** | | /1 |
| 09/01/2022 | **Hrg Held / Violation Of Probation -Status** | CR.D.Solomon//Laws(D) | |

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 09/01/2022 | **File Order Granting Def Motion For Continuance** | VERBAL | |
| 09/01/2022 | **File Court's Notice Of Hearing** | | /1 |
| 06/17/2022 | **Court Date Notice Returned** | | /2 |
| 06/02/2022 | **Court Date Notice** | | /2 |
| 06/01/2022 | **File Order Granting Def Motion For Continuance** | | /3 |
| 05/31/2022 | **File Defense Motion For Continuance** | | /2 |
| 03/17/2022 | **Court Date Notice Returned** | | /2 |
| 03/05/2022 | **Court Date Notice** | | /2 |
| 03/03/2022 | **Hrg Held / Violation Of Probation -Status** | CR.C.DelaCruz(D) | |
| 03/03/2022 | **File Order Granting Def Motion For Continuance** | VERBAL | |
| 03/03/2022 | **File Court's Notice Of Hearing** | | /1 |
| 11/20/2021 | **Court Date Notice** | | /2 |
| 11/19/2021 | **File Order Granting Def Motion For Continuance** | | /3 |
| 11/18/2021 | **File Defense Motion For Continuance** | | /2 |
| 11/12/2021 | **Court Date Notice Returned** | | /2 |
| 10/28/2021 | **Hearing Held On Def Motion For Pre-Trial Release** | CR:J.James/Laws (D) DENIED | |
| 10/28/2021 | **File Order Denying Def Motion** | FOR PRETRIAL RELEASE | /1 |
| 10/28/2021 | **Order** | RE: NO CONTAC T W/DEFENDANT W/O COUNSEL | /1 |

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 10/22/2021 | **Court Date Notice** | | /2 |
| 10/20/2021 | **Hearing Reset** | CR:C.Dorobia-Laws (D) | |
| 10/20/2021 | **File Court's Notice Of Hearing** | | /1 |
| 10/13/2021 | **File Defense Notice Of Hearing** | | /1 |
| 10/12/2021 | **File Defense Motion For Pre-Trial Release** | | /2 |
| 09/08/2021 | **Court Date Notice Returned** | | /2 |
| 08/21/2021 | **Court Date Notice** | | /2 |
| 08/19/2021 | **Hrg Held / Violation Of Probation -Status** | CR.C.Alvarez(D) | |
| 08/19/2021 | **File Order Granting Def Motion For Continuance** | VERBAL | |
| 08/19/2021 | **File Court's Notice Of Hearing** | | /1 |
| 07/07/2021 | **Court Date Notice** | | /2 |
| 06/05/2021 | **Court Date Notice** | | /2 |
| 04/30/2021 | **Court Date Notice** | | /1 |
| 04/28/2021 | **Hearing Reset** | Cr:B.Rodriguez(D) | |
| 04/28/2021 | **File Court's Notice Of Hearing** | | /1 |
| 03/11/2021 | **File Order Granting Withdraw Public Defender** | | /2 |
| 02/26/2021 | **File Affidavit/Warrant/Report Violation Of Probation** | 948.06 Report & Affidavit | /6 |
| 02/25/2021 | **File Notice Of Appearance** | | /1 |
| 02/24/2021 | **Court Date Notice** | | /1 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 02/22/2021 | **File Defense Demand For Discovery** | | 📄/1 |
| 02/22/2021 | **File Notice/Assistant PD Assignment** | | 📄/1 |
| 02/22/2021 | **Hrg Held / First -Violation Of Probation** | ((D)) // VIA ZOOM - CT RPT M FIGAROLA <>DENIES | |
| 02/20/2021 | **Court Date Notice** | | 📄/1 |
| 02/19/2021 | **Hrg Held / Magistrate Findings/Order - Probable Cause Found** | | 📄/2 |
| 02/19/2021 | **Arrest Paperwork** | | 📄/29 |
| 12/09/2019 | **Hrg Held On Defense Motion To Terminate Comm Control** | CR:C.Singh(D)Granted | |
| 12/09/2019 | **Order** | motion to early term comm/control | 📄/1 |
| 11/19/2019 | **File Defense Motion To Terminate Community Control** | Add Reason Charge Reopened Sentence Component on Disposition tab | 📄/3 |
| 11/19/2019 | **File Defense Notice Of Hearing** | | 📄/1 |
| 11/14/2018 | **Hearing Held / Change Of Plea** | CR:S.WILSON-BOSS(I) NOLO | |
| 11/14/2018 | **File Order Of Community Control** | | 📄/4 |
| 11/14/2018 | **File Acknowledgement -Waiver Of Rights** | | 📄/2 |
| 11/14/2018 | **File DNA Inquiry Addendum** | | 📄/1 |
| 11/14/2018 | **File Sentencing Guidelines** | | 📄/3 |
| 11/14/2018 | **File Adjudication Withheld** | | 📄/3 |
| 11/14/2018 | **Court Disposition with AC Costs Converted to Civil Lien** | | 📄/2 |

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 11/13/2018 | **File Defense Motion For Downward Departure** | | /3 |
| 11/02/2018 | **File States Notice Pursuant to Rule 3.220(4)** | | /1 |
| 11/02/2018 | **File States Notice Pursuant to Rule 3.220(4)** | | /1 |
| 10/31/2018 | **Hrg Held On Defense Motion To Reduce Bond** | CR:M.HAPP(D) DENIED | |
| 10/31/2018 | **File Order Denying Def Motion To Reduce Bond** | | /1 |
| 10/29/2018 | **File States Discovery Submission** | | /5 |
| 10/29/2018 | **File St's Response Def's Demand/Discl Imp Info/Suppl Corresp** | | /2 |
| 10/26/2018 | **File Notice Of Hearing** | | /1 |
| 10/19/2018 | **File Letter From Defendant** | | /2 |
| 10/18/2018 | **File Defense Motion To Compel** | | /2 |
| 09/27/2018 | **Capias Image** | | /2 |
| 09/24/2018 | **Capias Served** | | |
| 09/21/2018 | **File Court's Notice Of Hearing** | | /1 |
| 09/21/2018 | **Arraignment Held** | *((D))* // CT RPT M. HAPP | |
| 09/21/2018 | **Notice of Public Defender Fees** | $50.00 | |
| 09/14/2018 | **File States Information** | | /3 |
| 09/14/2018 | **File State's Instruction Sheet** | | /2 |
| 09/14/2018 | **Capias Image** | | /1 |

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 08/30/2018 | **Notice of Public Defender Fees** | $50.00<br><br>Amount: $50.00 | |
| 08/24/2018 | **File Defense Notice Of Intent Exercising Miranda** | | 📄/1 |
| 08/20/2018 | **File Notice/Assistant PD Assignment** | | 📄/1 |
| 08/20/2018 | **File Defense Demand For Discovery** | | 📄/4 |
| 08/20/2018 | **Demand for Disclosure of Impeaching Information** | | 📄/3 |
| 08/17/2018 | **Electronic Case** | | |
| 08/17/2018 | **Hrg Held / Magistrate Findings/Order - Probable Cause Found** | | 📄/1 |
| 08/17/2018 | **Arrest Paperwork** | | 📄/4 |
| 08/17/2018 | **File Def Affidavit Indigency/Declared Indigent** | | 📄/1 |
| 08/17/2018 | **Review of Motor Vehicles - Property Records** | | 📄/1 |

## ➖ Hearing(s)

Total: 11

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 05/10/2024 | **Hearing/Change of Plea** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>*D* |

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 04/04/2024 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D<br><br>*01/11/2024 Continued to 04/04/2024 - Continuance Granted*<br><br>*09/21/2023 Continued to 01/11/2024 - Continuance Granted* |
| 05/19/2023 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D<br><br>*04/13/2023 Reset by Court to 05/19/2023 - Judge Rescheduled* |
| 12/15/2022 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D |
| 09/01/2022 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D<br><br>*06/09/2022 Continued to 09/01/2022 - Continuance Granted* |
| 03/03/2022 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D<br><br>*12/02/2021 Continued to 03/03/2022 - Continuance Granted* |
| 10/28/2021 | **Hearing/Defense Motion Pre-Trial Release** | Hearing Time: 9:30 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br>D |

| Date | Description | Additional Text |
|---|---|---|
| 08/19/2021 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 9:00 AM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 4810<br><center>*D*</center><br><br>*08/12/2021 Reset by Court to 08/19/2021 - Judge Rescheduled* |
| 04/28/2021 | **Hearing/Violation of Probation - Status Conference** | Hearing Time: 8:30 AM<br>Judicial Officer(s):FM - In Custody, Hearings<br>Location: ZOOM HEARING - See "Court Date Notice" |
| 02/22/2021 | **Hearing/First Violation of Probation** | Hearing Time: 1:30 PM<br>Judicial Officer(s):FQ - PM In Custody, Hearings<br>Location: Room 4155<br><center>*Per Magistrate Docket 2/19/21*</center> |
| 11/14/2018 | **Hearing/Change of Plea** | Hearing Time: 1:30 PM<br>Judicial Officer(s):Rothschild - FG, Michael I<br>Location: Room 6900<br><center>*Open - Motion for Youthful Offender*</center> |

— Related Case(s)                                                        Total: 0

**There is no related case information available for this case.**