**Outlook**

---

## Chad and mother of his child

---

**From** Sierra Newkirk <nsierram21@gmail.com>

**Date** Mon 1/26/2026 3:41 PM

**To** Dianne Carames <dianne@puglisicarames.com>

Hi my name is Sierra to who it may concern please don't take Chad away from us "me and my son". We just got him back my son needs his father his misses his father he already miss 4 years with his father . CHAD IS A GREAT MAN HE JUST HAD A BAD RUN IN HE WAS REALLY TRYING THIS TIME HE WAS REALLY TRYING TO Work ON HIS FAMILY AND BE A BETTER MAN .CHAD TRIES TO TAKE ON MORE THAN HE CAN CHEW. BECAUSE HIS HEART IS SO BIG AND HE JUST WANTS EVERYONE TO SURVIVE LOVE ON EACH OTHER AND LIVE. HE TEACHES MORALS TO YOUNG MEN IN HIS NEIGHBORHOOD TELLING THEM THINGS THAT WILL GET THEM Further IN LIFE AND NOT HINDER THEM IN ANY WAY. CHAD TRYS TO BE A SECOND FATHER TO ALL HIS NIECES AND NEPHEWS WHEN HIS BROTHERS ARENT AVAILABLE EVEN BEFORE HE HAD KIDS HE WAS TAKING ON A VERY MATURE ROLL AT A YOUNG AGE HELPING EVERYONE AND BECOMING A BACK BONE EVERYONE LEAN ON SINCE I MET HIM AND I MET HIM AT 17 IF HE WASNT TRYING TO LOOK PUT FOR ME IT WAS HIS COUSINS AND ALL THEIR KIDS THEN HIS BROTHERS STARTED HAVING KIDS AND WENT AWAY AND CHAD WEARS His HEART ON HIS SLEEVE TO THE POINT WHERE PEOPLE PUT MORE ON HIM THAT HE CAN HANDLE HE EVEN HAS FRIENDS THAT MAKES HIM THE GOD PARENTS CAUSE HIS THAT CARING N STAND FIRM ON BEING A STAND UP LOYAL PERSON HELL ADD EM TO THE LOAD HE ALREADY CARRYING WITH NO HESITATION  BUT STILL HE TRYS AND NEVER LAYS DOWN CHAD WANTS TO DO RIGHT CHAD WANTS TO DO REALISTATE HE ALWAYS WANTED TO OWN PROPERTIES but land AND RENT THEM OUT HE JUST WANTED TO BE ABLE TO SUCCEED FOR HIS FAMILY TO FINALLY BE OKAY SO PLEASE DONT JUDGE HIM OFF FALSE ALLEGATIONS AND HERE SAY JUDGE HIM BASED OF HIS REFERENCES HIS FAMILY HIS PHOTOS I been with Chad since 2015 trust me I know him he's no villain he's a loving man loving father and a loyal person hard working  and solid he has a natural honest heart and it's very pure he never moved with I'll intentions he just needs another shot another chance please for my our son that's his best friend every child in his family got to experience time love and alot of moments with Chad that his son didn't even have cause he left when he was one n can back when he turned 5 and taken away before six about time my son can catch his breath his father was already gone just please have mercy on his sentence for Chad Clark Jr I'm begging you

  2024-11-25-165846721.mp4